# MARK S. WALLACH
### Trustee in Bankruptcy

United States Bankruptcy Court
Western District of New York
Telephone (716) 852-1835

169 Delaware Avenue
Buffalo, New York 14202

Receipt #11091561
3/28/11 cq
$3.74

March 24, 2011



United States Bankruptcy Court
Western District of New York
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, NY 14202

Attention: Paul R. Warren, Clerk of the Court

        Re:    Stephanie J. Hereth
                BK NO. 10-10361B
                Request to Deposit of Unclaimed Funds
                into the United States Treasury

Dear Mr. Warren:

      Enclosed herewith please find my Trustee check in the amount of $3.74. I request that the Clerk of the Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds".

    ____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s).

    _X_ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

    GE Money Bank d/b/a Old Navy    $3.74    Claims Register #8

                             Very truly yours,

                             BY: /s/ Mark A. Wallach
                             Mark S. Wallach, Trustee

Enclosure